IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

V.	CRIMINAL NO. 3:l08CR160HTW-JCS

WILLIAM BRUCE CRAIN

## AGREED ORDER REVOKING BOND

This matter is before the Court on the United States of America's Motion to Revoke Bond, the Court having considered the matter and being advised that the parties are in agreement, finds the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED that William Bruce Crain is to report no later than 2:00 p.m. on Friday, January 23, 2009 to the United States Marshal's Service in Jackson, Mississippi for the purpose of evaluation.

SO ORDERED this the 22nd day of January, 2009.

**s/ HENRY T. WINGATE**

UNITED STATES DISTRICT JUDGE

AGREED:

*s/ Glenda R. Haynes*
Glenda R. Haynes (MSB No. 2132)

*s/ Richard D. Mitchell*
Richard D. Mitchell (MSB No. 3381)